**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00816-CV
_____

### ESTATE OF SCOTT GREGORY SUMMERS, DECEASED

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0073663**

## O R D E R

Appellant's brief was due **April 4, 2014.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **May 26, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM